COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

David Y. Lamm
Attorney at Law
142 W. St. Peter St.
New Iberia LA 70560

Frank Edward Barber
Frank E. Barber, P.L.C.
2111 Hwy 14
New Iberia La 70560

> Judgment on rehearing rendered and mailed to all parties or counsel of record on April 22, 2026

**REHEARING ACTION: April 22, 2026**

**Docket Number: 25   00300-KW**

**STATE OF LOUISIANA
VERSUS
ADEL J. MALAHMEH**

**Writ Application from New Iberia City Court Parish Case No. 2401456**

**BEFORE JUDGES:**

   **Hon. Candyce G. Perret
   Hon. Jonathan W. Perry
   Hon. Wilbur L. Stiles**

As counsel of record in the captioned case, you are hereby notified that the application for

rehearing filed by **Adel J. Malahmeh** is:

> **REHEARING DENIED.** Uniform Rules—Courts of Appeal, Rule 2–18.7(1) provides that an application for rehearing will be considered in cases where the court has granted a writ application on the merits. In its original writ ruling herein, this court granted the writ but denied relief on the merits of the application. Accordingly, the proper remedy to challenge this court's ruling on the writ is a timely application for writs to the Louisiana Supreme Court.

cc: Nicole Burke, Counsel for  the Respondent